

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00874-CV

**In the Interest of R.H., M.D.J. and M.K. Children**

**v.**

**Department of Family and Protective Services**

NO. 74587 IN THE 300TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/22/2015 | E-PAID | ANT |
| SUPP RPT RECORD | $1,082.00 | 03/30/2015 | PAID | ANT |
| MT FEE | $10.00 | 03/27/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/05/2015 | E-PAID | ANT |
| FILING | $175.00 | 03/05/2015 | E-PAID | ANT |
| SUPP CLK RECORD | UNKNOWN | 01/26/2015 | UNKNOWN | ANT |
| RPT RECORD | $100.00 | 01/21/2015 | PAID | ANT |
| CLK RECORD | $1,095.00 | 11/07/2014 | UNKNOWN | ANT |
| MT FEE | $10.00 | 11/06/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,502.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the

First District of Texas, this October 9, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**